OPINION — AG — ** ABSTRACTOR — SURETY BOND — LIEN ** (1) A CERTIFICATE FROM A BONDED AND LICENSED ABSTRACTOR CERTIFYING THAT NO JUDGMENTS EXIST AGAINST THE DEPOSITOR IN THE COUNTY CLERK'S OFFICE OF THE COUNTY OF HIS RESIDENCE IS SUFFICIENT EVIDENCE PURSUANT TO 47 O.S. 7-330 [47-7-330] AND 47 O.S. 8-104 [47-8-104](D) AND NO JUDGMENTS EXIST. (2) NEITHER PENDING SUITS AGAINST A DEPOSITOR NOR MECHANIC'S AND MATERIALMAN'S LIENS REFLECTED IN SUCH CERTIFICATE, CONSTITUTE " JUDGMENTS " PURSUANT TO 47 O.S. 7-330 [47-7-330], 47 O.S. 8-104 [47-8-104](D). (OKLAHOMA FINANCIAL RESPONSIBILITY ACT, STATE TREASURER, CIVIL PROCEDURE, LIENS, ABSTRACTING, SECURITY, AUTOMOBILE DRIVERS, OWNERS, LIABILITY INSURANCE, DEPOSITORS, AUTOMOBILE ACCIDENT) CITE: 1 O.S. 1 [1-1], 1 O.S. 10 [1-10], 12 O.S. 22 [12-22] [12-22], 12 O.S. 25 [12-25], 12 O.S. 681 [12-681] [12-681], 42 O.S. 141 [42-141], 42 O.S. 172 [42-172] [42-172], 42 O.S. 177 [42-177], 47 O.S. 7-101 [47-7-101] 47 O.S. 7-201 [47-7-201], 47 O.S. 7-301 [47-7-301] 47 O.S. 7-303 [47-7-303](1), 47 O.S. 7-313 [47-7-313], 47 O.S. 7-314 [47-7-314] 47 O.S. 7-330 [47-7-330], 47 O.S. 7-331 [47-7-331] 47 O.S. 7-601 [47-7-601], 47 O.S. 8-104 [47-8-104] 47 O.S. 8-104 [47-8-104](D), 47 O.S. 8-204 [47-8-204], 47 O.S. 7-600 [47-7-600] 47 O.S. 7-601 [47-7-601], OPINION NO. 82-046 (THOMAS L. SPENCER)